RECEIVED
CLERK'S OFFICE

2012 SEP 17 PM 1: 15

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Michael Sanford<br>1248 Fortville Rd.<br>Haddock, GA. 31033<br>478.955.1656<br>　　　　　　Plaintiff | *<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 52:12-CV-353 |
| Wells Fargo Home Mortgage,<br>Mike Heid   President WFHM<br>1 Home Campus<br>Des Moines, IA. 50328<br>866.234.8271<br>　　　　　　Defendants | *<br>*<br>*<br>*<br>*<br>* | **Motion to Dismiss** |

**COMES NOW Michael Sanford**, a living, breathing, natural born, free American Citizen, *sui juris*, plaintiff in this matter, with and claiming all of his unlimited, inherent, unalienable, Constitutionally secured Rights, and with his name properly spelled only in upper and lower case letters, and who hereby respectfully moves this Honorable Court to dismiss this matter for the following lawful reasons:

1. Plaintiff and defendants have decided litigation of this matter is no longer useful and of sound purpose.

**WHEREFORE,** Michael Sanford, Plaintiff, respectfully moves this Court, pursuant to the above, to Dismiss this matter without prejudice.

Respectfully submitted,
All Rights Reserved

_____  9/17/12
Michael Sanford　　　　　　Date

Certificate of Service

I certify that a true and correct copy of the foregoing Motion to Dismiss is mailed to defendants on 9/17/2012, with sufficient postage by the United States Postal Service..

All Rights Reserved,

_____
~~NAME~~ Michael Sanford